IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  **07-cv-00094-AP**

**CHARLES R. YETTERNESS,**

                Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
**Frederick W. Newall**
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (fax)
newallfrederickw@qwest.net

For Defendant:
**Thomas Henry Kraus**
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0017
(303) 844-0770 (fax)
tonkraus@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

     **A.**     **Date Complaint Was Filed:**     January 16, 2007

     **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**     January 23, 2007

     **C.**     **Date Answer and Administrative Record Were Filed:**     March 23, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete. However, Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

     **A.**     **Plaintiff's Opening Brief Due:**     June 1, 2007

     **B.**     **Defendant's Response Brief Due:**     July 3, 2007

     **C.**     **Plaintiff's Reply Brief (If Any) Due:**     July 17, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.     Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

      **B.     Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice*.

      **A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 10th day of April, 2007

                  BY THE COURT:

                  *S/John L. Kane*
                  U.S. DISTRICT COURT JUDGE

APPROVED:

                                                UNITED STATES ATTORNEY

| | |
|---|---|
| s/Frederick W. Newall | s/Thomas H. Kraus |
| FREDERICK W. NEWALL | By:  THOMAS H. KRAUS |
| 730 N. Weber, #101 | Special Assistant U.S. Attorney |
| Colorado Springs, Colorado 80903 | 1961 Stout St., Suite 1001A |
| (719) 633-5211 | Denver, Colorado  80294 |
| newallfrederickw@qwest.net | (303) 844-0017 |
| | tom.kraus@ssa.gov |
| Attorney for Plaintiff | |
| | Attorneys for Defendant |