IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00094-RPM

CHARLES R. YETTERNESS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

ORDER OF REVERSAL AND REMAND

---

Pursuant to the Court's oral ruling at the conclusion of the hearing held on October 16, 2008, it is

ORDERED that the denial decision based on the decision of the Administrative Law Judge is reversed and this application is remanded with direction that the claimant be given a *de novo* hearing and that there be a mental and emotional condition evaluation by a psychiatrist or psychologist experienced with long term alcohol abuse.

DATED: October 17th , 2008

                              BY THE COURT:

                              s/ Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge