IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00094-RPM

CHARLES R. YETTERNESS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

## ORDER AWARDING ATTORNEY FEES UNDER EAJA
_____

Pursuant to the Motion for Order Approving Stipulation of Award of Attorney Fees under the Equal Access to Justice Act [28] filed on January 14, 2009, it is

ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for his attorney Frederick W. Newall in the amount of $6,250.00, made payable to "Frederick W. Newall, Attorney at Law," and mailed to plaintiff's counsel.

DATED: January 16th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge